IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TESLA, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>CAP-XX, LTD.,<br><br>   Defendant. | Case No. |

**<u>PLAINTIFF TESLA, INC.'S RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Tesla, Inc. ("Tesla") submits the following Corporate Disclosure Statement:

Tesla states that it has no parent corporation and no publicly traded company holds 10% or more of its stock.

Dated: July 14, 2023                             FISH & RICHARDSON P.C.

By: */s/ Ruffin B. Cordell*
    Ruffin B. Cordell
    Texas Bar Number 04820550
    cordell@fr.com
    Daniel R. Gopenko
    Virginia Bar Number 83932
    gopenko@fr.com
    **FISH & RICHARDSON P.C.**
    1000 Maine Avenue, SW, Suite 1000
    Washington, DC 20024
    Telephone: (202) 783-5070

    Matthew Colvin
    Texas Bar Number 24087331
    colvin@fr.com
    **FISH & RICHARDSON P.C.**
    1717 Main Street, Suite 5000
    Dallas, Texas 75201
    Telephone: (214) 747-5070

    Aamir A. Kazi (*pro hac vice* to be filed)
    Georgia Bar Number 104235
    kazi@fr.com
    **FISH & RICHARDSON P.C.**
    1180 Peachtree Street NE, 21st Floor
    Atlanta, GA 30309
    Telephone: (404) 892-5005

    Melissa Smith
    Texas Bar Number 24001351
    melissa@gillamsmith.com
    **GILLAM & SMITH, LLP**
    303 South Washington Ave.
    Marshall, Texas 75670
    Telephone:(903) 934-8450
    Facsimile: (903) 934-9257

*Attorneys for Plaintiff*
*TESLA, INC.*