IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TESLA, INC.,<br><br>              Plaintiff,<br><br>   v.<br><br>CAP-XX, LTD.,<br><br>             Defendant. | Case No. 2:23-cv-00334-JRG<br><br>DEMAND FOR JURY TRIAL |

**TESLA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES
TO CAP-XX, LTD.'S COUNTERCLAIMS**

Plaintiff Tesla, Inc. ("Plaintiff" or "Tesla"), by and through its attorneys, submits this Answer to Defendant CAP-XX, Ltd.'s ("Defendant" or "CAP-XX") counterclaims, Dkt. 11. Except as expressly admitted below, Tesla denies each allegation in the Counterclaims.

**PARTIES**

1. Tesla admits that CAP-XX is an Australian company. Tesla otherwise lacks sufficient information with which to admit or deny the remaining allegations of paragraph 1 and therefore it denies them.

2. Tesla admits the allegations of Paragraph 2.

**JURISDICTION AND VENUE**

3. Tesla admits the allegations of Paragraph 3.

4. For purposes of this action, Tesla admits the allegations of Paragraph 4.

5. For purposes of this action, Tesla admits the allegations of Paragraph 5.

6. Tesla admits the allegations of Paragraph 6.

7. Tesla admits it is currently the owner of the entire right, title, and interest of United States Patent Nos. 8,279,580 ("the '580 patent") and 8,591,601 ("the '601 patent") (collectively, the Asserted Patents").

8. Tesla admits that CAP-XX appears to desire a judicial determination of its rights and duties with respect to its infringement of the Asserted Patents.

9. Tesla denies the allegations of Paragraph 9.

10. Tesla admits the allegations of Paragraph 10.

11. Tesla admits that CAP-XX emailed a letter on August 22, 2023, to Tesla's outside counsel. Tesla denies the remaining allegations of Paragraph 11.

## CAP-XX'S FIRST COUNTERCLAIM
## (DECLARATION OF NONINFRINGEMENT OF THE '580 PATENT)

12. Tesla incorporates by reference each of the preceding paragraphs 1-11 as if fully set forth herein.

13. Tesla denies the allegations of Paragraph 13.

14. Tesla admits that CAP-XX appears to desire a judicial determination of its rights and duties with respect to its infringement of the Asserted Patents.

## CAP-XX'S SECOND COUNTERCLAIM
## (DECLARATION OF INVALIDITY OF THE '580 PATENT)

15. Tesla incorporates by reference each of the preceding paragraphs 1-14 as if fully set forth herein.

16. Tesla denies the allegations of Paragraph 16.

17. Tesla admits that CAP-XX appears to desire a judicial determination of its rights and duties with respect to its infringement of the Asserted Patents.

### CAP-XX'S THIRD COUNTERCLAIM
### (DECLARATION OF NONINFRINGEMENT OF THE '601 PATENT)

18. Tesla incorporates by reference each of the preceding paragraphs 1-17 as if fully set forth herein.

19. Tesla denies the allegations of Paragraph 19.

20. Tesla admits that CAP-XX appears to desire a judicial determination of its rights and duties with respect to its infringement of the Asserted Patents.

### CAP-XX'S FOURTH COUNTERCLAIM
### (DECLARATION OF PATENT INVALIDITY OF THE '601 PATENT)

21. Tesla incorporates by reference each of the preceding paragraphs 1-20 as if fully set forth herein.

22. Tesla denies the allegations of Paragraph 22.

23. Tesla admits that CAP-XX appears to desire a judicial determination of its rights and duties with respect to its infringement of the Asserted Patents.

### PRAYER FOR RELIEF

Tesla denies that CAP-XX is entitled to any relief against Tesla. To the extent CAP-XX's prayer for relief is interpreted to contain any factual allegations, Tesla denies them.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
### (FAILURE TO STATE A CLAIM)

The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
### (FAILURE TO STATE A CLAIM FOR AN EXCEPTIONAL CASE)

The Complaint fails to state a claim for an exceptional case under 35 U.S.C. § 285.

Dated: October 17, 2023                    FISH & RICHARDSON P.C.

By: /s/ Daniel R. Gopenko
Ruffin B. Cordell
Texas Bar Number 04820550
cordell@fr.com
Daniel R. Gopenko
Virginia Bar Number 83932
gopenko@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

Matthew Colvin
Texas Bar Number 24087331
colvin@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070

Aamir A. Kazi
Georgia Bar Number 104235
kazi@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

Melissa Smith
Texas Bar Number 24001351
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, Texas 75670
Telephone:(903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Plaintiff*
*TESLA, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 17, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Daniel R. Gopenko*
Daniel R. Gopenko
