# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TESLA, INC.**, § § | |
| Plaintiff, § § § | **CASE NO. 2:23-cv-00334-JRG** |
| vs. § § | |
| **CAP-XX, LTD.** § § | |
| Defendants. § § | |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Tesla, Inc. and Defendant CAP-XX, Ltd. have agreed to settle the above matter, and therefore jointly stipulate under Federal Rule of Civil Procedure 41(a)(2) to dismiss *without prejudice* all claims and counterclaims between the parties.

Accordingly, Tesla and CAP-XX move the Court to dismiss *without prejudice* all claims and counterclaims between the parties, with each party bearing their own attorneys' fees, expenses, and costs. All other relief requested between the parties should be denied as moot.

Dated: May 1, 2024                                       Respectfully submitted,

                                                              */s/ Melissa R. Smith*
Ruffin B. Cordell
cordell@fr.com
Daniel R. Gopenko
gopenko@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

Matthew Colvin
colvin@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070

Aamir A. Kazi (*pro hac vice* to be filed)
kazi@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

Melissa Smith
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, Texas 75670
Telephone:(903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Tesla, Inc.*

*/s/ Jennifer L. Truelove*
Ryan Beard
Highland Park Place
4514 Cole Avenue, #600
Dallas, TX 75205
Ryan.beard@fisherbroyles.com
**FISHERBROYLES**
Telephone: 512.577.2673

Adam Yowell
5470 Kietzke Ln, #300
Reno, NV 89511
Adam.yowell@fisherbroyles.com
**FISHERBROYLES**
Telephone: 775.230.7364

Alastair J. Warr (Ind. Bar #15873-49)
203 North LaSalle Street, Suite 2100
Chicago, IL 60601
Alastair.warr@fisherbroyles.com
**FISHERBROYLES**
Telephone: 317.407.5260

Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

*Attorneys for CAP-XX, Ltd.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel have complied with the meet and confer requirement in Local Rule CV-7(h) and this Court's Orders and that all parties join in this motion.

/s/ *Melissa Smith*
Melissa Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on May 1, 2024 on all counsel who have consented to electronic service.

/s/ *Melissa Smith*
Melissa Smith