# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TESLA, INC.**, | § |
| Plaintiff, | § § § |
| vs. | §  **CASE NO. 2:23-cv-00334-JRG** § § |
| **CAP-XX, LTD.** | § § |
| Defendants. | § § § |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Tesla, Inc. and Defendant CAP-XX, Ltd.'s Joint Motion to Dismiss. The Court, having considered same, is of the opinion the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims and counterclaims between the parties are dismissed *without prejudice*, with each party bearing its own costs, expenses, and attorneys' fees.

**IT IS FURTHER ORDERED** that all other relief requested between the parties is denied as moot.